**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 26, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00676-CV

## J2 RESOURCES, LLC, Appellant

## V.

## ED SABO, GARY KISSINGER, AND PK INDUSTRIAL SUPPLY, LLC, Appellees

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2019-17099**

## MEMORANDUM OPINION

This is an appeal from an order signed July 31, 2019. On September 19, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Spain, and Poissant.